# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Case No.: 22−40110 − MER
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Dwayne Norman<br>aka Chris Norman | Aminda Marie Norman<br>aka Mindy Norman |
| 35526 Xenon St. NW<br>Princeton, MN 55371 | 35526 Xenon St. NW<br>Princeton, MN 55371 |
| Social security/Taxpayer ID/Employer<br>ID/Other Nos.: xxx−xx−8032 | Social security/Taxpayer ID/Employer<br>ID/Other Nos.: xxx−xx−8254 |

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 7/14/22 , or, for governmental units, within 180 days from the date of the Order for Relief or 7/14/22 , whichever is later. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 4/11/22

                                          Tricia Pepin
                                          Clerk, U.S. Bankruptcy Court
                                          301 Diana E. Murphy U.S. Courthouse
                                          300 South Fourth Street
                                          Minneapolis, MN 55415

                                          BY: admin
                                          Deputy Clerk

mnbflclm 10/14