UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                              Chapter 7

Christopher Dwayne Norman                           BKY No. 22-40110
and Aminda Marie Norman,
                        Debtors.
.

**ORDER**

The trustee's application to approve the employment of Stermer & Sellner, Chartered, as the trustee's attorneys came before the court. Based on the application, the recommendation of the United States Trustee and 11 United States Code § 327,

IT IS ORDERED: The employment is approved.

Dated: April 12, 2022

/e/ Michael E. Ridgway
_____
Michael E. Ridgway
Chief United States Bankruptcy Court Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/12/2022
Tricia Pepin, Clerk, by SN