UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

Bky Case: 22-40110

Re:    Christopher Dwayne Norman
       Aminda Marie Norman


           Debtor(s)

---

## WITHDRAWAL

Wesley W. Scott, the attorney for the debtors, hereby withdraws the following filed 05/31/2022:

1. Docket #30: MOTION TO RESTRICT COMPEERS 2004 EXAM OF DEBTORS TO ONE BUSINESS DAY filed by Aminda Marie Norman , Christopher Dwayne Norman . An affidavit or verification. Hearing scheduled 6/15/2022 at 10:30 AM at Courtroom 7 West, 7th Floor, 300 S 4th St, Minneapolis, Judge Michael E. Ridgway. (Attachments: # 1 Exhibit(s)) (Heidi MNBM) (Entered: 06/02/2022)

Dated: June 13th, 2022

/e/Wesley W. Scott - (#0264787)
Attorney for the Debtor
LIFE BACK LAW FIRM, P.A.
13 7th Ave South
Saint Cloud, MN 56301

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In Re: Christopher Dwayne Norman
    Aminda Marie Norman

Case No. 22-40110

Debtor(s).

## UNSWORN CERTIFICATE OF SERVICE

    I, Danielle Stanard, declare under penalty of perjury that on June 13th, 2022 she caused to be served the Withdrawal via the CM/ECF system to those parties requesting electronic notification and upon all parties in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail.

Dated: June 13th, 2022

                                                /e/ Danielle Stanard
                                                Danielle Stanard
                                                LifeBack Law, P.A.
                                                6445 Sycamore Court N
                                                Maple Grove, MN

| | | |
|---|---|---|
| AGSOURCE COOP SERVICES<br>135 ENTERPRISE DR.<br>VERONA WI 53593 | AMERICREDIT/GM FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 183853<br>ARLINGTON TX 76096 | BRUCE AND KRISTINE YERIGAN<br>27585 UNIVERSITY AVENUE NE<br>ISANTI MN 55040 |
| BUSINESS REVENUE SYSTEMS, INC<br>6032 TRIER ROAD<br>PO BOX 15097<br>FORT WAYNE IN 46885 | COMPEERFIN<br>2600 JENNY WREN TRAIL<br>SUN PRAIRIE WI 53590 | COMPEERFIN<br>14800 GALAXIE AVE<br>SUITE 205<br>APPLE VALLEY MN 55124 |
| DISCOVER FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054 | FST CITZS NB<br>2601 FOURTH STREET SW<br>MASON CITY IA 50402 | GISLASON & HUNTER<br>2700 S BRAODWAY<br>PO BOX 458<br>NEW ULM MN 56073-0458 |
| HARMONY VETERINARY CLINIC<br>855 WICKETT DR. NW<br>HARMONY MN 55939 | HAWKEYE SANITATION, INC<br>466 AIRPORT RD.<br>CRESCO IA 52136 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JULIE MARIE MILLER<br>750 21ST PINE LN<br>CAMBRIDGE MN 55008 | KWIK TRIP, INC.<br>ATTN: BANKRUPTCY<br>PO BOX 2107<br>LA CROSSE WI 54602 | LARRY AND AUDREY CLEVELAND<br>3051 MIDDLE SATTRE ROAD<br>DECORAH IA 52101 |
| MN DEPT OF REVENUE<br>ATTN: DENISE JONES<br>PO BOX 64447<br>SAINT PAUL MN 55164-0047 | NATIONWIDE<br>PO BOX 10479<br>DES MOINES IA 50306 | QUAD CORPERATION<br>2322 E KIMBERLY RD<br>SUITE 150E<br>DAVENPORT IA 52807 |
| REGIONAL HEALTH SERVICES<br>235 8TH AVE W<br>CRESCO IA 52136 | SBA LOANS<br>4999 FRANCE AVE S<br>SUITE 120<br>MINNEAPOLIS MN 55410 | STORY SCHOEBERL & SEEBACH, LLP<br>126 NORTH ELM ST.<br>PO BOX 89<br>CRESCO IA 52136 |